# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Catholic Answers, Inc; Karl Keating

V.

United States of America



FILED
OCT 1 4 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　DEPUTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv670-IEG(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** the United States' motion to dismiss the First Amended Complaint, and **DISMISSES** the First Amended Complaint in its entirety, with prejudice. Case is closed........................

| October 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam  [signature] |
| | (By) Deputy Clerk |

ENTERED ON October 14, 2009

09cv670-IEG(AJB)